# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2657
_____

United States of America

*Plaintiff - Appellee*

v.

Hammaduzzaman Syed

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: May 8, 2023
Filed: August 1, 2023
[Unpublished]
_____

Before SHEPHERD, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Hammaduzzaman Syed tried to pay a fifteen-year-old girl he met online for sex, but it turned out he was chatting with an undercover officer. A jury found him guilty of attempted sex trafficking of a minor, *see* 18 U.S.C. § 1594(a), and the

district court[1] sentenced him to 120 months in prison.  On appeal, Syed's only argument is that counsel was ineffective for failing to request an entrapment instruction and object at various points during trial. *See Strickland v. Washington*, 466 U.S. 668, 687 (1984).

What we lack at this point, however, is a "properly developed record" to evaluate the claim. *United States v. Ramirez-Hernandez*, 449 F.3d 824, 827 (8th Cir. 2006).  The trial record does not provide enough information, *see Massaro v. United States*, 538 U.S. 500, 504–05 (2003) (noting that the trial record "will not disclose the facts necessary to decide" if counsel was ineffective), so the claim will have to be litigated, if at all, in a motion brought under 28 U.S.C. § 2255. *See Ramirez-Hernandez*, 449 F.3d at 826–27 (explaining that this type of claim is "usually best litigated in collateral proceedings").  We accordingly dismiss the appeal.

_____

---

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.